LATHAM & WATKINS LLP
Elizabeth L. Deeley (CA Bar No. 230798)
*elizabeth.deeley@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Susan E. Engel (*pro hac vice*)
*susan.engel@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Serrin A. Turner (*pro hac vice*)
*serrin.turner@lw.com*
885 Third Avenue
New York, NY 10022-4834
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

Attorneys for Defendant *Zynga Inc.*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

I.C., a minor, by and through his natural parent, NASIM CHAUDHRI, and AMY GITRE, on behalf of themselves and all others similarly situated,

Plaintiff,

v.

ZYNGA INC.,

Defendant.

Case No.: 4:20-cv-01539-YGR

**JOINT STIPULATION AND [PROPOSED] ORDER RE HEARING ON ZYNGA'S MOTION TO COMPEL ARBITRATION**

Hon: Yvonne Gonzalez Rogers

Pursuant to Civil Local Rule 6-2, Plaintiffs I.C., a minor, by and through his natural parent, Nasim Chaudhri and Amy Gitre (collectively, "Plaintiffs"), and Defendant Zynga Inc. ("Zynga" and, collectively with Plaintiffs, the "Parties"), through their respective counsel, respectfully request that the Court enter the following stipulation extending the hearing date on Zynga's Motion to Compel Arbitration or, in the Alternative, Compel Discovery and Memorandum of Points and Authorities in Support ("Motion to Compel Arbitration"):

WHEREAS, Zynga filed the Motion to Compel Arbitration on May 8, 2020 (Dkt. 36);

WHEREAS, Plaintiffs' response to Zynga's Motion to Compel Arbitration was due June 12, 2020;

WHEREAS, Zynga's reply in support of its Motion to Compel Arbitration is due July 10, 2020;

WHEREAS, the hearing on Zynga's Motion to Compel Arbitration is set for July 28, 2020;

WHEREAS, in the interest of judicial efficiency, the Parties are working together to coordinate briefing schedules on similar motions to compel arbitration in related cases against Zynga;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, as follows:

With the permission of the Court, the hearing set for Zynga's Motion to Compel Arbitration is rescheduled for August 25, 2020.

DATED: July 2, 2020

LATHAM & WATKINS LLP

*<u>/s/ Elizabeth L. Deeley</u>*
Elizabeth L. Deeley (CA Bar No. 230798)
*elizabeth.deeley@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Susan E. Engel (*pro hac vice*)
*susan.engel@lw.com*
555 Eleventh Street, N.W., Suite 1000

Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Serrin A. Turner (*pro hac vice*)
*serrin.turner@lw.com*
885 Third Avenue
New York, NY 10022-4834
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

Attorneys for Defendant *Zynga Inc.*

DATED: July 2, 2020 COTCHETT, PITRE & McCARTHY, LLP.

*/s/ Adam J. Zapala*

Adam J. Zapala (SBN 245748)
Reid Gaa (SBN 330141)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
*azapala@cpmlegal.com*
*rgaa@cpmlegal.com*

THE MILLER LAW FIRM, P.C.
E. Powell Miller (pro hac vice pending)
Sharon S. Almonrode (admitted pro hac vice)
Emily E. Hughes (pro hac vice pending)
Dennis A. Lienhardt (pro hac vice pending)
William Kalas (pro hac vice pending)
950 W. University Dr., Suite 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Fax: (248) 652-2852
*epm@millerlawpc.com*
*ssa@millerlawpc.com*
*eeh@millerlawpc.com*
*dal@millerlawpc.com*
*wk@millerlawpc.com*

FOULSTON SIEFKIN LLP
Scott C. Nehrbass (pro hac vice pending)
Daniel J. Buller (pro hac vice pending)
32 Corporate Woods, Suite 600
9225 Indian Creek Parkway
Overland Park, KS 66210-2000
(913) 253-2144

(866) 347-1472 FAX
*snehrbass@foulston.com*
*dbuller@foulston.com*

-and-

Boyd A. Byers (pro hac vice pending)
Jeremy E. Koehler (pro hac vice pending)
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Tel. (Direct): 316-291-9796
Fax: 866-559-6541
*bbyers@foulston.com*
*jkoehler@foulston.com*

Attorneys for Plaintiff *I.C., Amy Gitre, and the Putative Class*

**[PROPOSED] ORDER**

Based on the stipulation of the parties, it is **ORDERED** that the hearing on Zynga's motion to compel arbitration will take place on August 25, 2020.

**IT IS SO ORDERED.**

Dated: By: ______________________________

HON. YVONNE GONZALEZ ROGERS
United States District Judge

**ATTORNEY ATTESTATION**

I, Elizabeth L. Deeley, attest that concurrence in the filing of this Joint Stipulation and [Proposed] Order re Hearing on Zynga's Motion to Compel Arbitration has been obtained from the signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of July 2020, in San Francisco, California.

*/s/ Elizabeth L. Deeley*
Elizabeth L. Deeley
of LATHAM & WATKINS LLP