| | |
|---|---|
| Adam J. Zapala (SBN 245748) | Hassan A. Zavareei (SBN 181547) |
| Reid Gaa (SBN 330141) | Mark Clifford *(pro hac vice)* |
| **COTCHETT, PITRE & McCARTHY, LLP** | **TYCKO & ZAVAREEI LLP** |
| 840 Malcolm Road, Suite 200 | 1828 L Street NW, Suite 1000 |
| Burlingame, CA 94010 | Washington, DC 20036 |
| Tel: (650) 697-6000 | Tel: (202) 973-0900 |
| Fax: (650) 697-0577 | Fax: (202) 973-0950 |
| azapala@cpmlegal.com; | hzavareei@tzlegal.com; |
| rgaa@cpmlegal.com | mclifford@tzlegal.com |
| | |
| Scott C. Nehrbass *(pro hac vice)* | Jennie Lee Anderson (SBN 203586) |
| Daniel J. Buller *(pro hac vice)* | **ANDRUS ANDERSON LLP** |
| **FOULSTON SIEFKIN LLP** | 155 Montgomery Street, Suite 900 |
| 32 Corporate Woods, Suite 600 | San Francisco, CA 94104 |
| 9225 Indian Creek Parkway | Tel: (415) 986-1400 |
| Overland Park, KS 66210-2000 | Fax: (415) 986-1474 |
| Tel: (913) 253-2144 | jennie@andrusanderson.com |
| Fax: (866) 347-1472 | |
| snehrbass@foulston.com; dbuller@foulston.com | Elizabeth A. Fegan *(pro hac vice)* |
| | **FEGAN SCOTT LLC** |
| E. Powell Miller *(pro hac vice)* | 150 S. Wacker Dr., 24th Floor |
| Sharon S. Almonrode *(pro hac vice)* | Chicago, IL 60606 |
| **THE MILLER LAW FIRM, P.C.** | Tel: (312) 741-1019 |
| 950 W. University Dr., Suite 300 | Fax: (312) 264-0100 |
| Rochester, Michigan 48307 | beth@feganscott.com |
| Telephone: (248) 841-2200 | |
| Fax: (248) 652-2852 | |
| epm@millerlawpc.com; ssa@millerlawpc.com | |

*Attorneys for Plaintiffs and the Putative Class* [Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.C., a minor, by and through his natural parent, NASIM CHAUDHRI, AMY GITRE, CAROL JOHNSON, LISA THOMAS, JOSEPH MARTINEZ IV, DANIEL PETRO, and CHRISTOPHER ROSIAK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ZYNGA, INC.,<br><br>Defendant. | Case No. 4:20-cv-01539-YGR<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT ZYNGA INC.'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT** |

Pursuant to Local Rule 7-11, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs leave to file the attached Surreply in Opposition to Defendant Zynga Inc.'s Motion to Dismiss Consolidated Class Action Complaint.

Plaintiffs seek to file a Surreply to address one narrow legal issue—the Supreme Court's *TransUnion LLC v. Ramirez*, No. 20-297, __ S. Ct. __, 2021 U.S. LEXIS 3401 (June 25, 2021) decision, which was issued after the filing of Plaintiffs' Opposition.

The Supreme Court decided *TransUnion* on June 25, 2021, one month **after** Plaintiffs submitted their Response in Opposition to Defendants' Motion to Dismiss on May 26, 2021. *See id.* Zynga filed its Reply on June 30, 2021, and had the benefit of raising new legal arguments based on the *TransUnion* case. Indeed, the first sentence of Zynga's Reply claims that *TransUnion* has made its standing arguments "clearer now than when briefing on this motion began." (ECF 84, page 9.) And throughout its Reply, Zynga relies heavily on *TransUnion* (misinterpreting the case) to argue that Plaintiffs lack Article III standing. *See id.* at pages 1, 2, and 4.

Given the sequencing of the foregoing events, Plaintiffs have had no opportunity to respond to Zynga's new legal arguments and no opportunity to present their own legal arguments relating to the *TransUnion* case. Because of the timing of the Supreme Court's opinion, Plaintiffs will be unfairly prejudiced if they are unable to present argument relating to *TransUnion* and respond to Zynga's erroneous interpretation of the case. Plaintiffs, therefore, respectfully seek leave to file a Surreply that addresses this limited legal issue.

This Court's local rules are structured to "preserv[e] the Court's ability to render a decision that is fully-informed by any particularly germane legal authority that may emerge," while deterring an "endless cycle" of filings. *Michael Taylor Designs, Inc. v. Travelers Prop. Cas. Co. of Am.*, 761 F. Supp. 2d 904, 909 (N.D. Cal. 2011). Therefore, courts grant requests for leave to file surreplies that respond to arguments raised for the first time in a reply brief. *See In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, No. 16-MD-02752-LHK, 2017 U.S. Dist. LEXIS 140212, at *176 n. 16 (N.D. Cal. Aug. 30, 2017) (granting motion for leave to file surreply and considering the attached surreply in deciding a motion to dismiss). While Plaintiffs disagree with many aspects of Zynga's Reply brief,

Administrative Mtn. for Leave to File Surreply in Opp. to Def. Zynga Inc.'s Mtn. to Dismiss Consolidated Class Action Complaint; Case No. 4:20-cv-01539-YGR

1

Plaintiffs are limiting their request for leave to file a Surreply and limiting the content of their Surreply to legal issues relating to *TransUnion*.

Plaintiffs attach a copy of their proposed Surreply to this motion. Pursuant to Local Rule 7-11, Plaintiffs also submit a declaration in support of this motion, and a proposed order granting it. Plaintiffs respectfully request that the Court accept for filing the attached Surreply.

Date: July 16, 2021                    Respectfully submitted,

By: /s/ Adam J. Zapala
Adam J. Zapala (SBN 245748)
Reid Gaa (SBN 330141)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 64010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cmplegal.com
rgaa@cmplegal.com

Scott C. Nehrbass *(pro hac vice)*
Daniel J. Buller *(pro hac vice)*
**FOULSTON SIEFKIN LLP**
32 Corporate Woods, Suite 600
9225 Indian Creek Parkway
Overland Park, KS 66210-2000
Tel: (913) 253-2144
Fax: (866) 347-1472
snehrbass@foulston.com
dbuller@foulston.com

E. Powell Miller *(pro hac vice)*
Sharon S. Almonrode *(pro hac vice)*
William Kalas *(pro hac vice pending)*
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Suite 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com
ssa@millerlawpc.com

*Attorneys for Plaintiffs I.C., Amy Gitre, and the*

Administrative Mtn. for Leave to File Surreply in Opp. to Def. Zynga Inc.'s Mtn. to Dismiss Consolidated Class Action Complaint; Case No. 4:20-cv-01539-YGR

2

*Proposed Class*

Hassan A. Zavareei (State Bar No. 181547)
Mark Clifford (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1828 L Street NW, Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
mclifford@tzlelegal.com

*Attorneys for Plaintiffs Carol Johnson and Lisa Thomas, and the Proposed Class*

Jennie Lee Anderson (SBN 203586)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com

Elizabeth A. Fegan (pro hac vice)
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
beth@feganscott.com

Lynn A. Ellenberger (*pro hac vice*)
**FEGAN SCOTT LLC**
500 Grant St., Suite 2900
Pittsburgh, PA 15219
Telephone: (412) 346-4104
Facsimile: (312) 264-0100
lynn@feganscott.com

J. Barton Goplerud (motion for pro hac vice forthcoming)
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.,**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887

Administrative Mtn. for Leave to File Surreply in Opp. to Def. Zynga Inc.'s Mtn. to Dismiss Consolidated Class Action Complaint; Case No. 4:20-cv-01539-YGR

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

goplerud@sagwlaw.com

*Attorneys for Plaintiffs Joseph Martinez IV, Daniel Petro, Christopher Rosiak, and the Proposed Class*

Administrative Mtn. for Leave to File Surreply in Opp. to Def. Zynga Inc.'s Mtn. to Dismiss Consolidated Class Action Complaint; Case No. 4:20-cv-01539-YGR

4