# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **I.C., ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**ZYNGA INC.,**<br><br>Defendant, | CASE NOS. 20-cv-01539-YGR<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY; DENYING DEFENDANT'S REQUEST TO RESPOND TO SURREPLY; AND ADVISING PARTIES REGARDING HEARING**<br><br>Re: Dkt. Nos. 86, 87 |

Currently pending in this putative class action are defendant Zynga Inc.'s renewed motion to compel arbitration and motion to dismiss, both of which are scheduled to be heard on July 27, 2021. (Dkt. Nos. 71, 72.)  Also pending is plaintiffs' administrative motion for leave to file a surreply in order to address the Supreme Court's recent decision in *TransUnion LLC v. Ramirez*, 141 S. Ct. 2190 (2021), which was issued after the filing of plaintiffs' opposition and addressed by Zynga in its reply.  (Dkt. No. 86.)  Zynga opposes plaintiffs' motion for leave or, in the alternative, requests leave to file a response to plaintiffs' surreply.  (Dkt. No. 87.)

The Court hereby **GRANTS** plaintiffs' motion for leave to file a surreply and **DENIES** Zynga's request to respond thereto.  The parties will have an opportunity to address the issue at the hearing.  Indeed, the parties are advised that the hearing on the motion to dismiss shall focus on standing only.  The Court shall address the merits (if necessary) upon resolution of the standing issue.

This Order terminates Docket Number 86.

**IT IS SO ORDERED.**

Dated: July 23, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE